UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-20873-CIV-MOORE/Becerra

| | |
|---|---|
| **Ramon Valle**, individually and on behalf of others similarly situated,<br><br> Plaintiff,<br><br>vs.<br><br>**Ceres Environmental Services Inc.**, a Minnesota corporation; **Environmental Restoration Group**, **LLC**, a Florida limited liability company; **AA and K Restoration Group, LLC**, a Florida limited liability company; **Katherine M. Biscardi**, individually; and, **Alfred Miller**, individually,<br><br> Defendants. | CLASS REPRESENTATION |

**PLAINTIFF'S UNOPPOSED AND VERIFIED MOTION FOR ENTRY OF DEFAULT JUDGMENT ON ISSUES OF LIABILITY AGAINST DEFENDANT AA AND K RESTORATION GROUP, LLC**

 Plaintiff Ramon Valle, individually and on behalf of opt-in Plaintiffs and others similarly situated, files the instant Unopposed and Verified Motion for Entry of Default Judgment on Issues of Liability Against Defendant AA and K Restoration Group, LLC, and in support thereof, states as follows:

 1. On March 6, 2019, Plaintiff Ramon Valle filed this lawsuit as a collective action under the FLSA [DE 1] 29 U.S.C. §216(b) and under common law theory of breach of agreement to pay wages against the original Defendants: Katherine Biscardi, Alfred Miller, and AA and K Restoration Group, LLC. (the "AA&K Defendants"). Plaintiff alleges both minimum wage and overtime wage violations and breach of expressed agreements to pay wages at specifically negotiated wages rates.

2. The AA&K Defendants filed and Answer through their lawyer.

3. On September 3, 2019 attorney for the AA&K Defendants moved to withdraw as attorney for the AA&K Defendants. DE 60.

4. On September 5, 2019 [DE 62] the Court entered an order denying the motion to withdraw as to the corporate Defendant (AA and K Restoration Group, LLC) and granting the motion as to the individual defendants.

5. On September 26, 2019, the day prior to the timely noticed deposition of the various AA&K Defendants on September 27th, including the corporate Defendant AA and K Restoration Group, LLC, counsel for corporate Defendant AA and K Restoration Group, LLC advised that "No one will be appearing for the 9 am AA an K corporate rep deposition." See email attached as **Exhibit 1**.

6. No witness appeared for the deposition of corporate Defendant AA and K Restoration Group, LLC on September 27, 2019.

7. Undersigned counsel has conferred with counsel for corporate Defendant AA and K Restoration Group, LLC, who has confirmed Defendant AA and K Restoration Group, LLC does not oppose the entry of a default judgment on matters on liability only.

### DECLARATION

By my signature below, pursuant to 28 U.S.C. §1746, I execute this Declaration in Miami-Dade County, Florida, United States. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No. 0789925

I. **MEMORANDUM OF LAW**

    A. **The Legal Standard for Entry of Default Judgment by the Court**

Corporate Defendant AA and K Restoration Group, LLC has failed to comply with a Court Order or otherwise failed to defend in this case.

    Rule 55, Fed. R. Civ. P. provides in pertinent part, as follows:

(a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) ENTERING A DEFAULT JUDGMENT.

(1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

(2) *By the Court.* **In all other cases, the party must apply to the court for a default judgment.** A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. **The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial**—when, to enter or effectuate judgment, it needs to:

    (A) conduct an accounting;
    (B) determine the amount of damages;
    (C) *establish the truth of any allegation by evidence*; or
    (D) *investigate any other matter*.

Rule 55, Fed. R. Civ. P. (emphasis added).

    Corporate Defendant AA and K Restoration Group, LLC has failed to defend, and accordingly, the Court should enter Default Judgment with respect to liability issues and retain jurisdiction over it for the entry of damages.

WHEREFORE, Plaintiff requests the Court enter a Default Judgment on the issues of Liability based upon Corporate Defendant AA and K Restoration Group, LLC's failure to comply with a Court order or otherwise defend.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel has conferred with counsel for AA and K Restoration Group, LLC who does not oppose the relief sought herein and has indicated the corporate entity will not defend.

/s/ Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No. 0789925

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served on all counsel of record and parties listed on the Service List below.

Anthony F. Sanchez, P.A.
Attorneys for Plaintiff
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel.:   305-665-9211
Fax:   305-328-4842
Email:   afs@laborlawfla.com

By:   /s/ Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No. 789925

## SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
Email: afs@laborlawfla.com
Email: faz@laborlawfla.com
***Counsel for Plaintiffs***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel:   305-665-9211
Fax:   305-328-4842

Richard D. Tuschman, Esq.
Florida Bar No.: 907480
Email: rtuschman@gtemploymentlawyers.com
Email: assistant@gtemploymentlawyers.com
***Counsel for Defendant***
***AA and K Restoration Group, LLC***
RICHARD D. TUSCHMAN, P.A.
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Tel:   954-369-1050
Fax:   954-380-8938
*Via Notice of Electronic Filing*

Katherine Biscardi
***Party Defendant***
1137 N.E. 13th Avenue
Fort Lauderdale, Florida 33304
Email: bkatasha@aol.com
*Via First-Class U.S. Mail and Email*

Alfred Miller
***Party Defendant***
1137 N.E. 13th Avenue
Fort Lauderdale, Florida 33304
Email: lifepartnershipllc@gmail.com
*Via First-Class U.S. Mail and Email*

Parker A. Lewton, Esq.
Florida Bar No.: 1002490
Email: palewton@smithcurrie.com
***Lead Counsel for Defendant***
***Ceres Environmental Services, Inc.***
SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Avenue NE
Atlanta, Georgia 30303-1222
Tel:   404-521-3800
Fax:   404-688-0671
*Via Notice of Electronic Filing*

Christopher M. Horton, Esq.
Florida Bar No.: 91161
Email: cmhorton@smithcurrie.com
***Co-Counsel for Defendant***
***Ceres Environmental Services, Inc.***
SMITH, CURRIE & HANCOCK LLP
101 N.E. Third Avenue, Suite 1910
Fort Lauderdale, Florida 33301
Tel:   954-761-8700
Fax:   954-524-6927
*Via Notice of Electronic Filing*

Michael K. Spotts, Esq.
Florida Bar No.: 747955
Email: mspotts@spottslawoffices.com
Email: karen@spottslawoffices.com
***Counsel for Defendant***
***Environmental Restoration Group of S.***
***Florida, LLC d/b/a "Environmental***
***Restoration Group, LLC"***
SPOTTS LAW OFFICES CHARTERED
300 Colorado Avenue, Suite 203
Stuart, Florida 34994-2103
Tel:   772-781-7878
Fax:   772-781-7838
*Via Notice of Electronic Filing*