**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-20873-KMM

RAMON VALLE, ET AL.,

    Plaintiffs,
v.

AA AND K RESTORATION GROUP
LLC, ET AL.,

    Defendants.
_____/

## **FINAL JUDGEMENT**

THIS CAUSE came before the Court upon Plaintiffs' Notice of Acceptance of "Joint Offer of Judgement" Served Jointly by Defendant AA and K Restoration Group, LLC ("Defendant AA & K") and Defendant Alfred Miller ("Defendant Miller"). (ECF No. 194). On April 27, 2021, the Court approved, adopted, and ratified Defendant AA & K and Defendant Miller's Offer of Judgment (ECF No. 194-1) pursuant to Federal Rule of Civil Procedure 68(a). (ECF No. 197). Accordingly, pursuant to Federal Rule of Civil Procedure 58, and UPON CONSIDERATION of the Notice (ECF No. 194), the Proposed Offer of Judgement (ECF No. 194-1), the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Final Judgment is entered in favor of Plaintiffs and against Defendant AA & K and Defendant Miller, jointly and severally;

2. Plaintiffs shall recover from Defendant AA & K and Defendant Miller, who are jointly and severally liable to the Plaintiffs, in the respective amounts set forth herein:

a. Ramon Valle shall recover $966.00 in unpaid FLSA minimum wages, $8,106.00 in unpaid FLSA overtime wages, $9,072.00 in liquidated damages, and $6,789.00 in unpaid negotiated wages, for a total of $24,933.00, for which sum let execution issue;

b. Yasmany Garcia shall recover $966.00 in unpaid FLSA minimum wages, $6,369.00 in unpaid FLSA overtime wages, $7,335.00 in liquidated damages, and $6,490.00 in unpaid negotiated wages, for a total of $21,160.00, for which sum let execution issue;

c. Gabriel Santini shall recover $966.00 in unpaid FLSA minimum wages, $6,079.50 in unpaid FLSA overtime wages, $7,045.50 in liquidated damages, and $4,923.00 in unpaid negotiated wages, for a total of $19,014.00, for which sum let execution issue;

d. Francisco Segui shall recover $966.00 in unpaid FLSA minimum wages, $6,079.50 in unpaid FLSA overtime wages, $7,045.50 in liquidated damages, and $4,923.00 in unpaid negotiated wages, for a total of $19,014.00, for which sum let execution issue;

e. Abby Madrid shall recover $966.00 in unpaid FLSA minimum wages, $6,079.50 in unpaid FLSA overtime wages, $7,045.50 in liquidated damages, and $4,923.00 in unpaid negotiated wages, for a total of $19,014.00, for which sum let execution issue;

f. Daniel Perez, he would recover $966.00 in unpaid FLSA minimum wages, $6,079.50 in unpaid FLSA overtime wages, $7,045.50 in liquidated damages,

and $4,923.00 in unpaid negotiated wages, for a total of $19,014.00, for which sum let execution issue;

3. In addition to the above amounts, Plaintiffs will be entitled to apply for an award of reasonable attorney's fees and costs now accrued in an amount to be determined by the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>12th</u> day of May, 2021.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record